IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONNIE BRUCE EVANS                                                                                      PLAINTIFF

v.                              Civil No.   12-2104

SHERIFF RON BROWN; CAPTAIN
JEFF MARVIN; and LIEUTENANT
VENA CUPP                                                                                                DEFENDANTS

## ORDER

The parties have filed a joint motion to dismiss (Doc. 36).  The motion (Doc. 36) is granted and this case dismissed with prejudice.

IT IS SO ORDERED this 25th day of July 2013 .

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE